FILED

05/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0078

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0078

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICHEL SCOTT DULANEY,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 8, 2024, within which to prepare, file, and serve the State's response brief.

TKP

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 6 2024